UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - -

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

KEVIN DANIEL BAKER,

       Defendant.

_____/

**INDICTMENT**

The Grand Jury charges:

## COUNT 1
(Arson)

On or about January 17, 2021, in Kent County, in the Southern Division of the Western District of Michigan,

KEVIN DANIEL BAKER

maliciously damaged and attempted to destroy, by means of fire, a building used in interstate commerce and engaged in activity affecting interstate commerce, specifically, a commercial business bearing the address of 4259 Clyde Park Avenue in Wyoming, Michigan.

18 U.S.C. § 844(i)

**COUNT 2**
(Possession of a Stolen Firearm)

On or about January 18, 2021, in Kent County, in the Southern Division of the Western District of Michigan,

KEVIN DANIEL BAKER

knowingly possessed a loaded Ruger Model P89 9mm semiautomatic pistol, knowing and having reasonable cause to believe that the firearm was stolen, and the firearm had been shipped or transported in interstate commerce.

18 U.S.C. § 922(j)
18 U.S.C. § 924(a)(2)

A TRUE BILL

_____
GRAND JURY FOREPERSON

ANDREW BYERLY BIRGE
United States Attorney

_____
ERIN K. LANE
Assistant United States Attorney