UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - -

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

KEVIN DANIEL BAKER,

          Defendant.

_____/

No.

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM

TO:   HONORABLE SALLY J. BERENS
       UNITED STATES MAGISTRATE JUDGE
       WESTERN DISTRICT OF MICHIGAN

     Now comes Erin Lane, Assistant United States Attorney for the Western District of Michigan, and attorney for the petitioner, and brings this Petition for Writ of Habeas Corpus Ad Prosequendum, and in support thereof respectfully states unto this Honorable Court as follows:

     1.    That on or about April 14, 2021, an Indictment was filed against defendant Kevin Daniel Baker, charging him with Arson and Felon in Possession of a Stolen Firearm.

     2.    That the defendant is presently incarcerated at Kent County Jail, and that he cannot be produced and appear before this Court without an order of this Court.

     WHEREFORE, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum may issue out of the Court directed to the Sheriff, Kent County Jail and to each and all of his assistants, to surrender the said defendant to the United States Marshal for the Western District of Michigan, or his deputies, or any federal agent for transportation to Grand Rapids, Michigan, and further directing the United States Marshal for the Western District of Michigan, and his deputies, to have the said defendant before this Court at Grand Rapids, Michigan, on April 19, 2021, and at all future times and dates as the Court may decree. After the conclusion of any federal proceeding, said defendant will be returned to the Sheriff, Kent County Jail unless otherwise ordered by the Court.

ANDREW BYERLY BIRGE
United States Attorney

*/s/ Erin K. Lane*

ERIN K. LANE
Assistant United States Attorney

## ORDER

Let a Writ of Habeas Corpus Ad Prosequendum issue as prayed for in the foregoing petition, returnable April 19, 2021, for an initial appearance before the Honorable Phillip J. Green, United State Magistrate Judge, in Grand Rapids, Michigan, and at such other times and dates as the Court may decree for later proceedings in United States District Court.

Dated: April 14, 2021

_____
SALLY J. BERENS
United States Magistrate Judge