UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

KEVIN DANIEL BAKER,

      Defendant.
_____/

Case No.: 1:21-cr-00080

INDICTMENT
**PENALTY SHEET**

**COUNT 1 – Arson – 18 U.S.C. § 844(i)**

**Maximum penalty:** Not less than five years' and up to 20 years' imprisonment and/or $250,000 fine [18 U.S.C. § 844(i), 18 U.S.C. § 3571(b)(3)]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] (Class C Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Restitution:** Mandatory [18 U.S.C. § 3663A]

**COUNT 2 – Possession of a Stolen Firearm – 18 U.S.C. § 922(j)**

**Maximum penalty:** Not more than 10 years' imprisonment and/or $250,000 fine [18 U.S.C. § 924(a)(2), 18 U.S.C. § 3571(b)(3)]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] (Class C Felony per 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

Date: April 19, 2021

                                                    /s/ *Erin K. Lane*
                                          Assistant United States Attorney

Submitted in accordance with Admin Order 17-MS-046