UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

Plaintiff,

v.

Kevin Daniel Baker

Defendant(s).

Case No. 1:21-cr-00080

Hon. Janet T. Neff

**GOVERNMENT'S
INITIAL PRETRIAL CONFERENCE
SUMMARY STATEMENT**

I. DISCOVERY

    A. Statements of Defendant

        1. Oral Statements (Rule 16(a)(1)(A))

☐ There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).

☒ There are the following written records of oral statements:

> Statements of Kevin Baker made to Wyoming Police Department (WPD) officers as memorialized in WPD incident report #21-1280, dated 01/17/2021.

The substance of which

☐ has been disclosed to defense counsel.

☒ will be disclosed to defense counsel by April 23, 2021.

        2. Written or Recorded Statements (Rule 16(a)(1)(B))

☐ There are no written or recorded statements or grand jury testimony of defendant.

☒ There are the following written or recorded statements or grand jury testimony:

> Statements of Kevin Baker made to WPD in a video and audio recorded interview, as memorialized in WPD incident report #21-1280, dated 01/17/202.

All written or recorded statements

☐ have been disclosed to defense counsel.

☒ will be disclosed to defense counsel by April 23, 2021.

B. <u>Defendant's Prior Record (Rule 16(a)(1)(D))</u>

☐ The Government has made due inquiry and is not aware of any prior criminal record.

☒ The Government has disclosed defendant's prior criminal history.

☐ The Government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C. <u>Documents and Tangible Objects (Rule 16(a)(1)(E))</u>

☐ The Government has no documents, tangible objects, or physical evidence required to be disclosed.

☒ The Government has the following documents, tangible objects, and physical evidence:
- ☐ Drug Paraphernalia    ☐ Drug Records    ☐ Inventory (attached)
- ☐ Controlled Substances: _____
- ☒ Records: Wyoming Fire, WPD, MSP lab, ATF, and insurance company reports
- ☒ Firearms: Ruger Model P89 9mm semi-automatic pistol
- ☒ Other: Scene photos, surveillance videos, interview recording

☒ The Government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:
- ☒ State
- ☐ Federal:
  - Case No. 21-1280    Re: Hotel room search warrant
  - Case No. _____    Re: _____
  - Case No. _____    Re: _____

☐ They have been made available for inspection and copying by defense counsel.

☒ Defense counsel should make arrangements with: ATF Special Agent Ryan Young and/or AUSA Erin Lane

D. <u>Reports of Examinations and Tests (Rule 16(a)(1)(F))</u>

☐ The Government has no reports of examinations or tests required to be disclosed by Rule 16.

☒ The Government has or expects to have reports of the following examinations and tests:
- ☐ Drug Analysis    ☐ Handwriting    ☒ Fingerprints
- ☐ DNA    ☒ Firearms/Nexus    ☒ Gun Operability
- ☐ Computer Forensics    ☒ Other: Fire scene investigation report

E. <u>Reciprocal Discovery</u>

☒ The Government seeks reciprocal discovery.

F. <u>Notice Under FRE 404(b)</u>

☒ The Government does not presently intend to introduce 404(b) evidence.

☐ The Government does presently intend to introduce the following 404(b) evidence:

☒ The Government will provide pretrial notice of 404(b) evidence by  1 month before trial .

G. <u>Other Discovery Matters</u>

II. <u>TRIAL</u>
A. The Government requests a  ☒ jury  ☐ non-jury  trial.
B. The length of trial excluding jury selection is estimated at  4 days .

III. <u>MISCELLANEOUS</u>

The parties acknowledge that if the case is appropriate for expedited resolution, a joint motion for expedited sentencing shall be filed within 14 days of arraignment.

☒ The Government is unaware at this time of any known conflict with defendant's representation by counsel. The United States will immediately advise counsel if any such conflict becomes known.

☐ The Government is aware of the following potential conflicts:

☒ Government's plea negotiation policy:
To benefit from concessions by the government, Defendant must enter into a plea agreement no later than one (1) week before the Final Pretrial Conference.

Date  April 20, 2021           /s/Erin K. Lane
                               Counsel for the United States

(Rev. 03/01/2019)