## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Kevin Daniel Baker | Mag. Judge: Phillip J. Green |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:21-cr-00080-JTN-1 | 4/19/2021 | 2:59 - 3:06 PM | Grand Rapids | |

**APPEARANCES:**

| Government: Erin Lane | Defendant: Appeared w/out counsel (court to appoint) | Counsel Designation: |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment, Counts 1-2 | Read ✓<br>Reading Waived __ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| ✓ First Appearance<br>__ Arraignment:<br>  __mute   __nolo contendre<br>  __not guilty   __guilty<br>__ Initial Pretrial Conference<br>__ Detention   (waived __)<br>__ Preliminary   (waived __)<br>__ Rule 5 Proceeding<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>__ Other: _____ | __ Defendant's Rights<br>__ Waiver of _____<br>__ Consent to Mag. Judge for _____<br>__ Other: _____<br><br>Court to Issue:<br>__ Report & Recommendation<br>__ Order of Detention<br>__ Order to file IPTC Statements<br>__ Bindover Order<br>✓ Order Appointing Counsel<br>__ Other: _____ | Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing: _____<br><br>Presentence Report:<br>  __Ordered   __Waived<br>__ Plea Accepted by the Court<br>__ No Written Plea Agreement<br><br>**EXPEDITED RESOLUTION**<br>__ Case appears appropriate for expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| | Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____<br>Plea Agreement Accepted:   __Yes __No<br>Defendant informed of right to appeal:   __Yes __No<br>Counsel informed of obligation to file appeal: __Yes __No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ _____ |
| **CASE TO BE:** Set for Hearing before Mag. Judge | **TYPE OF HEARING:** Arraignment/IPTC/Detention Hearing |
| **Reporter/Recorder:** Digitally Recorded | **Courtroom Deputy:** A Doezema |