## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| | |
|---|---|
| **USA v.**   Kevin Daniel Baker | **Mag. Judge:**  Phillip J. Green |

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:21-cr-00080-JTN-1 | 4/22/2021 | 11:39 AM - 12:01 PM | Grand Rapids | |

**APPEARANCES:**

| Government:<br>Erin Kane Lane | Defendant:<br>Denise Buswa | Counsel Designation:<br>Retained |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Indictment, Counts 1-2 | Read __<br>Reading Waived  ✓ |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ First Appearance<br>✓ Arraignment:<br>　　__ mute　　　__ nolo contendre<br>　　✓ not guilty　　__ guilty<br>✓ Initial Pretrial Conference<br>✓ Detention　　(waived __)<br>__ Preliminary　(waived __)<br>__ Rule 5 Proceeding<br>__ Revocation/SRV/PV<br>__ Bond Violation<br>__ Change of Plea<br>__ Sentencing<br>__ Other: _____ | ✓ Defendant's Rights<br>__ Waiver of _____<br>__ Consent to Mag. Judge for _____<br>__ Other: _____<br>_____<br>_____<br>Court to Issue:<br>　__ Report & Recommendation<br>　✓ Order of Detention<br>　__ Order to file IPTC Statements<br>　__ Bindover Order<br>　__ Order Appointing Counsel<br>　__ Other: _____ | Guilty Plea to Count(s) _____<br>of the _____<br>Count(s) to be dismissed at sentencing:<br>_____<br>Presentence Report:<br>　__ Ordered　　__ Waived<br>__ Plea Accepted by the Court<br>__ No Written Plea Agreement<br><br>**EXPEDITED RESOLUTION**<br>__ Case appears appropriate for<br>　expedited resolution |

| ADDITIONAL INFORMATION | SENTENCING |
|---|---|
| Helen Niewenhuis dismissed; stipulation to be filed. Miss Buswa to file IPTC by Monday April 26, 2021. | Imprisonment: _____<br>Probation: _____<br>Supervised Release: _____<br>Fine: $ _____<br>Restitution: $ _____<br>Special Assessment: $ _____<br>Plea Agreement Accepted:　　__ Yes  __ No<br>Defendant informed of right to appeal:　__ Yes  __ No<br>Counsel informed of obligation to file appeal:  __ Yes  __ No |

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Detained | $ _____ |
| **CASE TO BE:**   Referred to District Judge | **TYPE OF HEARING:**  Further Proceedings |
| **Reporter/Recorder:**   Digitally Recorded | **Courtroom Deputy:**　　**A Doezema** |