AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __MICHIGAN__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff (s),<br>V.<br>KEVIN DANIEL BAKER<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 1:21-cr-00080 |

Notice is hereby given that, subject to approval by the court, __KEVIN DANIEL BAKER__ substitutes
(Party (s) Name)

__DENISE M. BUSWA__, State Bar No. __82040__ as counsel of record in
(Name of New Attorney)

place of __Helen C. Nieuwenhuis__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: BUSWA & BERRY, PLLC
- Address: 146 MONROE CENTER NW, #730, GRAND RAPIDS, MI 49503
- Telephone: (616) 622-3064    Facsimile (616) 328-6810
- E-Mail (Optional): DENISE@BUSWABERRY.COM

I consent to the above substitution.
Date: 4/12/2021
_____
(Signature of Party (s))

I consent to being substituted.
Date: 4/22/2021
_____
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4/12/2021
_____
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]