UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,                                  Case No. 1:21-cr-00080

v.

KEVIN DANIEL BAKER,                      Hon. Janet Neff

        Defendant.

**DEFENDANT'S INITIAL PRETRIAL**
**CONFERENCE SUMMARY STATEMENT**

Defendant, Kevin Daniel Baker, by and through his attorney, Denise M. Buswa of BUSWA & BERRY, PLLC submits the following initial pretrial summary statement.

1. **DISCOVERY**.
   Defendant requests disclosure pursuant to Federal Rules of Evidence 414(b).

2. **TRIAL**.
   Defendant requests a jury trial.

3. **MISCELLANEOUS**.
   The parties acknowledge that if the case is appropriate for expedited resolution and sentencing, a joint motion for expedited sentencing shall be fled within 14 days of arraignment.

   Counsel for Defendant is not aware at this time of any known conflicts with counsel's representation of Defendant. Counsel will immediately advise the Court if any such cflict becomes known.

4. **OBLIGATIONS**.
   Counsel for Defendant acknowledges having reviewed the Obligations of Defendant Counsel section available of the Court's website, www.miwd.uscourts.gov.

Dated: April 21, 2021                                    *Denise M Buswa*
                                                      Denise M. Buswa (P82040)
                                                      Attorney for Defendant