AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| WESTERN | **District of** | MICHIGAN |
|---|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA | **CONSENT ORDER GRANTING** |
| Plaintiff (s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| KEVIN DANIEL BAKER | **CASE NUMBER:** 1:21-cr-00080 |
| Defendant (s), | |

Notice is hereby given that, subject to approval by the court, KEVIN DANIEL BAKER substitutes
(Party (s) Name)

DENISE M. BUSWA , State Bar No. 82040 as counsel of record in
(Name of New Attorney)

place of Helen C. Nieuwenhuis .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | BUSWA & BERRY, PLLC |
| Address: | 146 MONROE CENTER NW, #730, GRAND RAPIDS, MI 49503 |
| Telephone: | (616) 622-3064      Facsimile (616) 328-6810 |
| E-Mail (Optional): | DENISE@BUSWABERRY.COM |

I consent to the above substitution.

Date: 4/12/2021

(Signature of Party (s))

I consent to being substituted.

Date: 4/22/2021.

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 4/12/2021

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/27/2021

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]