UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 1:21–cr–80

v.                                  Hon. Janet T. Neff

KEVIN DANIEL BAKER,

        Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):  Sentencing
Date/Time:              September 29, 2021   10:00 AM
Judge:                   Janet T. Neff
Place/Location:        401 Federal Building, Grand Rapids, MI

                                                    JANET T. NEFF
                                                    United States District Judge

Dated:  June 16, 2021         By:    /s/ Rick M. Wolters
                                              Case Manager