## UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

| USA v. Kevin Daniel Baker | | | DISTRICT JUDGE: Janet T. Neff | |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:21-cr-80 | 9/29/2021 | 10:06 AM - 10:33 AM | Grand Rapids | |

### APPEARANCES

| Government: Erin Kane Lane | Defendant: Denise Marie Buswa | Counsel Designation: Retained |
|---|---|---|

### TYPE OF HEARING
- __ Arraignment:
  - __ mute   __ nolo contendre
  - __ not guilty   __ guilty
- __ Final Pretrial Conference
- __ Detention   (waived __)
- __ Motion Hearing
- __ Revocation/SRV/PV
- __ Bond Violation
- __ Change of Plea
- ✓ Sentencing
- __ Trial
- __ Other: _____

### DOCUMENTS
- __ Defendant's Rights
- __ Waiver of Indictment
- __ Other: _____

Court to Issue:
- __ Order of Detention
- __ Notice of Sentencing
- __ Order Appointing Counsel
- ✓ Other: Judgment

### CHANGE OF PLEA
Charging Document:
  __ Read   __ Reading Waived

Guilty Plea to Count(s) _____
of the _____

Count(s) to be dismissed at sentencing: _____

- __ Presentence Report Ordered
- __ Presentence Report Waived
- __ Plea Accepted by the Court
- __ Plea Taken under Advisement
- __ No Written Plea Agreement

### SENTENCING

Imprisonment: 60 Months
Probation: _____
Supervised Release: 2 Years
Fine: $ Waived
Restitution: $1,648,415.29
Special Assessment: $ 100.00

Plea Agreement Accepted: ✓ Yes  __ No
Defendant informed of right to appeal: ✓ Yes  __ No
Counsel informed of obligation to file appeal: ✓ Yes  __ No

Conviction Information:
  Date: 6/15/2021
  By: Plea
  As to Count (s): One

**ADDITIONAL INFORMATION:**
Count Two of the Indictment is dismissed on motion by the government.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:** Melinda Dexter | **Case Manager:** R. Wolters |