UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 1:21-cr-80

    HON. JANET T. NEFF

KEVIN DANIEL BAKER,

    Defendant.
_____/

## ORDER REGARDING ADDITIONAL SENTENCING CONDITIONS

### MANDATORY/STANDARD CONDITIONS OF SUPERVISION

While on supervision, the defendant shall comply with mandatory and standard conditions of supervision including:

    DNA collection
    Drug testing
    No firearms, destructive devices, or dangerous weapons

Additionally, the defendant shall comply with the following special conditions of supervision:

1. You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office will share financial information with the U.S. Attorney's Office.

2. You must participate in a program of testing and treatment for substance abuse, as directed by the probation officer, and follow the rules and regulations of that program until such time as you are released from the program by the probation officer, and must pay at least a portion of the cost according to your ability, as determined by the probation officer.

3. You must not use/possess any alcoholic beverages and must not frequent any establishments whose primary purpose is the sale/serving of alcohol.

4. You must not use or possess any controlled substances without a valid prescription. If you have a valid prescription, you must follow the instructions on the prescription. You must not possess, use, or sell marijuana or any marijuana derivative (including any product containing cannabidiol (CBD) or THC) in any form (including edibles) or for any purpose (including medical purposes). You are also prohibited from entering any marijuana dispensary or grow facility.

5. You must participate in a program of mental health treatment, as directed by the probation officer, and follow the rules and regulations of that program until such time as you are released from the program by the probation officer, and must pay at least a portion of the cost according to your ability, as determined by the probation officer.

6. If you are unemployed after the first 60 days of supervision, or for 60 days after termination or layoff from employment, you must perform at least 20 hours of community service work per week, as directed by the probation officer until gainfully employed full-time.

7. You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

8. You must not work in any type of employment without the prior approval of the probation officer.

9. You must not possess any replica of handguns, pellet guns, air soft guns, or items in the likeness of firearms.

## RESTITUTION

IT IS FURTHER ORDERED that you must pay restitution in the amount of **$1,648,415.29**.

Restitution payments must be made to the U.S. District Court Clerk, 110 Michigan, N.W., Grand Rapids, MI 49503, for distribution to the following victims:

| **Victim** | **Amount Owed** |
|---|---|
| Advantage Engines LLC<br>DBA Austin Jordan Engines<br>4259 Clyde Park Ave.<br>Wyoming, MI 49509 | $1,000.00 |
| Grange Insurance Company of Michigan<br>c/o AJ VanderWilp<br>671 S. High St.<br>P.O. Box 1218<br>Columbus, OH 43016-1218 | $1,647,415.29 |
| **TOTAL:** | **$1,648,415.29** |

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

Any balance due upon incarceration must be paid in minimum quarterly installments of $25.00 based on IFRP participation, or minimum monthly installments of $20.00 based on UNICOR earnings, during the period of incarceration, to commence 60 days after the date of this judgment. Any balance due upon commencement of supervision must be paid, during the term of supervision, in minimum monthly installments of $100.00, to commence 60 days after release from imprisonment. You must apply all monies received from income tax refunds, lottery winnings, judgments, and or any other anticipated or unexpected financial gains to any outstanding court-ordered financial obligations.

I have reviewed and understand the above conditions of my sentence.

Dated: September 29, 2021

_____
Kevin Daniel Baker
Defendant

_____
Denise Marie Buswa
Attorney for Defendant

IT IS SO ORDERED.

_/s/ Janet T. Neff_____
JANET T. NEFF
United States District Judge